UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Denise Ramirez Quezada,

    Plaintiff

v.

U.S. Government,

    Defendant

Case No.: 2:24-cv-0327-JAD-EJY

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF Nos. 1, 2]

    The magistrate judge has screened Plaintiff Denise Ramirez Quezada's complaint in this case and recommends that it be dismissed with prejudice because the allegations on which it is based (that the government "hacked her brain" in "project artichoke") are "so fantastic that they are not believable."[1] The deadline for any party to object to that recommendation was March 5, 2024, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 2] is ADOPTED** in its entirety. **This case is DISMISSED with prejudice, and the motion for leave to proceed in forma pauperis [ECF No. 1] is DENIED as moot.**

                                      _____
                                      U.S. District Judge Jennifer A. Dorsey
                                      March 11, 2024

---

[1] ECF No. 2 at 1.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).